BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00719 WDB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS APPEARANCE |
| vs. ) | |
| ) | Current Date: April 28, 2006 |
| GERARDO GUTIERREZ, ) | Requested Date: May 25, 2006 |
| ) | |
| Defendant. ) | |
| _____ ) | |

      This matter was set for a status appearance on Friday, April 28, 2006. The parties are continuing to discuss a resolution, and there has been further investigation required in order to establish the correct alleged loss amount. In addition, the government law clerk handling this case has left the office, and his replacement has not yet started work. For all of these reasons, the parties respectfully request that the Court continue the matter to Thursday, May 25, 2006 at 10:00 a.m. for status and possible change of plea. In addition, the parties stipulate and request that the Court exclude time until May 25. The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due

diligence. The parties therefore stipulate and agree that time should be excluded pursuant to 18 U.S.C. §§ 3161(8)(A) and (B)(iv).

/S/
_____
Date: 4/26/06            Rebecca Sullivan Silbert
                         Assistant Federal Public Defender

/S/
_____
Date: 4/27/06            Alicia Fenrick
                         Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature(/S/) within this e-filed document.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because both parties needed additional time to establish the correct alleged loss amount.

Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to May 25, 2006, and that time is excluded from April 28, 2006, to May 25, 2006 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  May 1, 2006

_____
Honorable Wayne D. Brazil
Magistrate Judge, United States District Court
Northern District of California