1  BARRY J. PORTMAN
   Federal Public Defender
2  REBECCA SULLIVAN SILBERT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant GUTIERREZ
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )  No. CR-05-0719 WDB
                                    )
12 |          Plaintiff,            )  STIPULATION AND ORDER CONTINUING
                                    )  STATUS APPEARANCE
13 | vs.                            )
                                    )  Current Date: June 14, 2006
14 | GERARDO GUTIERREZ,             )  Requested Date: July 20, 2006
                                    )
15 |          Defendant.            )
   |_____)
16

17       This matter was set for a status appearance on Wednesday, June 14, 2006. The parties are

18 continuing to discuss a resolution, and there has been further investigation required in order to

19 establish the correct alleged loss amount. In addition, counsel for Mr. Guttierrez will be

20 attending a funeral on June 14. Because of counsel's unavailability, and the continuing

21 investigation, and the Court's unavailability, the parties respectfully request that the Court

22 continue the matter to Thursday, July 20, 2006 at 10:00 a.m. for status and change of plea. In

23 addition, the parties stipulate and request that the Court exclude time until July 20. The parties

24 agree that the ends of justice served by the continuance requested herein outweigh the best

25 interest of the public and the defendant in a speedy trial because the failure to grant the

26 continuance would deny the counsel for the defendant the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence, as well as continuity of counsel.

The parties therefore stipulate and agree that time should be excluded pursuant to 18 U.S.C. §§ 3161(8)(A) and (B)(iv).

/S/

Date: 6/13/06                                Rebecca Sullivan Silbert
                                             Assistant Federal Public Defender

/S/

Date: 6/13/06                                Alicia Fenrick
                                             Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

    Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and because failure to grant the continuance would deny the defendant continuity of counsel.  The Court makes this finding because both parties needed additional time to establish the correct alleged loss amount before the plea agreement can be prepared, and because counsel for Mr. Guttierrez will be unavailable.

    Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 20, 2006 at 10:00 a.m., and that time is excluded from June 14, 2006 to July 20, 2006 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

    IT IS SO ORDERED.

June 14, 2006                                _____
Date                                         Hon. Wayne D. Brazil
                                             Magistrate Judge, United States District Court
                                             Northern District of California